# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEST,** | CASE NO. 19-cv-02252-YGR |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE AN AMENDED COMPLAINT** |
| **SONOMA COUNTY SHERIFFS DEPARTMENT,** | Re: Dkt. Nos. 26, 27 |
| Defendant. | |

The Court has received and reviewed both plaintiff's request for permission to amend complaint, which proffers more detail about his allegations, (Dkt. No. 26 ("Request")) and opposition to defendant Sonoma County Sheriffs Department's ("SCSD") motions to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) and for a more definite statement pursuant to Rule 12(e) (Dkt. No. 27).

For judicial efficiency, and to evaluate plaintiff's claims in their entirety, the Court **GRANTS** plaintiff's request and **SETS** a deadline of **Friday, August 16, 2019** for plaintiff to file an amended complaint. Once plaintiff files, the Court will deny as moot SCSD's currently pending motions (Dkt Nos. 9, 11) and defendant will have twenty-one (21) days form the date of service of the amended complaint to respond as dictated by Federal Rule of Civil Procedure 12(a)(1)(A)(i). If plaintiff fails to timely file an amended complaint, SCSD may file replies in support of their currently pending motions by no later than Friday, August 23, 2019, and the Court will consider those motions in light of plaintiff's opposition filed on July 18, 2019 (Dkt. No. 27).[1]

---

[1] The Court notes that the hearings for the currently pending motions, previously scheduled for July 11, 2019, were continued to July 16, 2019 pursuant to the renotice filed at Docket Number 21. Attached thereto is a certificate of service indicating that SCSD served the renotice on plaintiff by mail. (*See* Dkt. No. 21-1.) In its June 20, 2019 Order, the Court vacated

1    This Order terminates Docket Number 26.

**IT IS SO ORDERED.**

Dated: July 19, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

the July 16 hearings. (Dkt. No. 24.) As noted therein, the Court will reset a hearing date if necessary once briefing is complete.

2