# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEST,**<br>         Plaintiff,<br><br>    vs.<br><br>**SONOMA COUNTY SHERIFFS DEPARTMENT, ET AL.,**<br>         Defendants. | CASE NO. 19-cv-02252-YGR<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Re: Dkt. Nos. 9, 11 |

On May 29, 2019, defendant Sonoma County Sheriffs Department filed motions to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(5) and (6) and for a more definite statement pursuant to Rule 12(e). (Dkt. Nos. 9, 11.) On August 16, 2019, plaintiff filed an amended complaint against defendants. (Dkt. No. 32.)

In light of the filing of plaintiff's amended complaint, defendant's motion to dismiss and motion for a more definite statement are **DENIED AS MOOT**.

This Order terminates Docket Numbers 9 and 11.

**IT IS SO ORDERED.**

Dated: August 22, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**