# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEST,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**SONOMA COUNTY SHERIFFS DEPARTMENT,**<br>　　　　Defendant**.** | CASE NO. 19-cv-02252-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 43 |

The Court has received *pro se* plaintiff Brian Best's Motion for Summary Judgment. (Dkt. No. 43.) The Court is in the process of addressing the parties' other filings, including defendants' Motion to Dismiss, or in the Alternative, for a More Definite Statement, and plaintiff's Motion for Leave to Amend. (*See* Dkt. Nos. 34, 40.) At this stage – where defendants have not yet answered plaintiff's complaint – plaintiff's Motion for Summary Judgment is premature.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** plaintiff's Motion for Summary Judgment.

This Order terminates Docket Number 43.

**IT IS SO ORDERED.**

Dated: November 15, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**