1

2

3

4

5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

United States District Court
Northern District of California

| | |
|---|---|
| 6  **BRIAN BEST**, | Case No.: 4:19-cv-02252-YGR |
| 7  Plaintiff, | **ORDER VACATING HEARING** |
| 8  v. | |
| 9 | |
| 10  **SONOMA COUNTY SHERIFFS DEPARTMENT, ET. AL.,** | |
| 11  Defendants. | |

12

13    The Court has reviewed the papers submitted by the parties in connection with the motion to

14  dismiss filed by defendants Sonoma County Sheriffs Department, Rich Celli, Virgil Smith, Andrew

15  Cash, and Ronald Chestnut, and has determined that the motion is appropriate for decision without

16  oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See*

17  *also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 728-29

18  (9th Cir. 1991).  Accordingly, the hearing set for June 2, 2020 is **VACATED**.  The Court will issue a

19  written decision on the papers.

20    **IT IS SO ORDERED**.

21

22  Dated: May 22, 2020

23

24  _____

     **YVONNE GONZALEZ ROGERS**

25     **UNITED STATES DISTRICT JUDGE**

26

27

28