UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEST,<br>　　　　Plaintiff,<br>　　v.<br>VIRGIL SMITH,<br>　　　　Defendant. | Case No. 19-cv-02252-YGR<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | Friday, February 4, 2022 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 9, 2022 |
| PRETRIAL CONFERENCE: | Friday, February 23, 2022 at 9:30 a.m. |
| TRIAL DATE AND LENGTH: | Monday, March 14, 2022 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference.  The compliance deadline on Friday, February 4, 2022 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance deadline shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

　　　　The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

1  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

2  **IT IS SO ORDERED.**

3  Dated: October 25, 2021

                                                                                           _____
YVONNE GONZALEZ ROGERS
United States District Judge