# Behavior Counseling

| | |
|---|---|
| 1.0 | POLICY STATEMENT |
| 2.0 | DEFINITIONS |
| 3.0 | MANDATES |
| 4.0 | GENERAL INFORMATION |
| 5.0 | PROCEDURES |
| 6.0 | REVISION HISTORY |

Title: **Behavior Counseling**  Detention Division Version: 01.1.16

## 1.0 POLICY STATEMENT

The purpose of this Policy is to establish standard procedures for conducting Behavior Counseling with restrained inmates for the purpose of addressing specific behavior issues in a professional, controlled environment within the Sonoma County Sheriff's Office Detention Facilities.

## 2.0 DEFINITIONS

**Assaultive Behavior**   An intentional action that creates a threat of harmful or offensive contact.

**Resistive Behavior**   Intentional actions that physically counteract attempts to control, and which creates risk of bodily harm to the Deputy, inmate, and/or other person.

**Verbal Threats**   Statements that indicate an intention to carry out an assault.

**Behavior Counseling**   The process of removing an inmate from his / her cell in restraints for the purpose of addressing specific behavioral issues in a controlled environment.  A behavior counseling may be conducted in any housing unit in the Detention Facilities.

## 3.0 MANDATES

*None*

## 4.0 GENERAL INFORMATION

A. Behavior counseling can be conducted in any unit/module of the detention division under the supervision of the area supervisor.

B. A Behavior counseling can be conducted for the following reasons;

   1. Inmates disrespectful comments
   2. Inmates refusing to follow orders
   3. Threats to staff
   4. Challenging behavior
   5. Continued disturbances inside their cell or dayroom
   6. Inappropriate use of the emergency call system

C. Mental Health Staff shall be consulted prior to the counseling when dealing with inmates assigned an Internal Behavioral Code (IBC) of C through E.

D. Behavior counseling will only be conducted with an appropriate number of staff present based on the inmates classification taking into consideration the potential resistive behavior of the inmate.

E. All behavior counseling will be documented in an incident report with the video of the incident attached.

## 5.0 PROCEDURES

A. When a behavior counseling is warranted, staff shall notify the area sergeant prior to removing the inmate.

B. Staff shall record the incident in its entirety. Whenever possible, include the inmates' behavior leading to the counseling.

C. If at any point the inmate becomes resistive or a threat to the safety of staff, place the inmate on the ground in the prone position. Reasons to place the inmate in the prone position;

   1. Physically resistive behavior
   2. Verbal threats to assault staff

D. If an inmate is placed in a prone position or if any physical or mechanical restraints are used, deputies should constantly re-evaluate the level of force used to determine if a lower level of force is warranted.

E.  If force was used, or an inmate complains of injury, contact medical staff immediately to examine the inmate and document in the incident report.

F.  Thoroughly document the incident in an incident report, attach the video and advise classification.

## 6.0 REVISION HISTORY

Version – 1.1.16 New Policy