**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIAN BEST**, <br>             Plaintiff, <br>   v. <br> **VIRGIL SMITH**, <br>             Defendant. | Case No. 4:19-cv-02252-YGR <br><br> **PRETRIAL ORDER NO. 1** |

**TO ALL PARTIES AND COUNSEL:**

The Court is in receipt of the parties' pretrial filings. After further review, the Court orders both plaintiff and defendant to bring a chambers copy of the exhibits cited in the parties' joint exhibits list to the pretrial conference tomorrow. As a reminder, tomorrow's pretrial conference will take place **IN-PERSON** at the Oakland Courthouse located at 1301 Clay Street, 4th Floor, Oakland, CA 94612 at 9:30 AM.

**IT IS SO ORDERED.**

Dated: February 22, 2022

                                                  **YVONNE GONZALEZ ROGERS** <br>
                                                  **UNITED STATES DISTRICT JUDGE**