UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL MINUTES

| Date: March 15, 2022 | Time: 7:45 AM – 10:20 AM; 10:38 AM – 12:15 PM; 12:20 PM – 1:31 PM; 1:44 PM – 2:28 PM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 19-cv-2252-YGR | Case Name: Best v. Smith | |

**Plaintiff appearing Pro Se:** Brian Best

**Attorney for Defendant:** Michael King

**Deputy Clerk:** Aris Garcia          **Court Reporter:** PAM HEBEL

## PROCEEDINGS

**Further Jury Trial – HELD**

**Jury trial continued to 3/16/2022 at 8:00 a.m.**