**FILED**
MAR 17 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEST,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**VIRGIL SMITH,**<br><br>　　　　　Defendant. | Case No. 19-cv-2252-YGR<br><br>**JURY VERDICT FORM** |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously render the following verdict in accordance with the instructions provided by the Court:

1. Did Brian Best establish that the defendant Virgil Smith violated his Fourth Amendment right by using excessive force on plaintiff in the booking area?

　　　_____ Yes　　　　　__X__ No

If you answered "Yes," then proceed to **DAMAGES**. Alternatively, if you answered "No," please **sign and date** the bottom of this verdict form, then return it to the Court.

**DAMAGES**

We, the jury, award damages in the following amount:

$_____

ONCE THE JURY HAS COMPLETED THE FORM, SIGN AND DATE BELOW AND CONTACT THE COURTROOM DEPUTY.

Signed: _[signature]_　　　　　Dated: _3-17-22_
Jury Foreperson

Juror Number: ___6___　　　　　Dated: _3-17-22_