**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIAN BEST,**<br>            Plaintiff,<br>    vs.<br>**VIRGIL SMITH,**<br>            Defendant. | CASE NO. 19-cv-2252-YGR<br><br>**JUDGMENT ON VERDICT** |

This action came on for jury trial beginning on March 14, 2022, before the undersigned. Witnesses were sworn and testified. After hearing the evidence, the jury was instructed by the Court, and the case was submitted to the jury on March 17, 2022. Seven sworn jurors deliberated.

On March 17, 2022, a jury rendered a verdict in favor of defendant Virgil Smith. (Dkt. No.193.)

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff Brian Best shall recover nothing against defendant Virgil Smith and **JUDGMENT** is entered in favor of Virgil Smith.

There being no reason for delay, the Clerk shall enter this **JUDGMENT** forthwith.

Dated: March 17, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**