BRIAN BEST

PLAINTIFF

# UNITED STATES DISTRICT COURT

## Northern District of California, Oakland Division

| | |
|---|---|
| BRIAN BEST,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VIRGIL SMITH, SONOMA COUNTY,<br><br>　　　　　Defendants. | Case No: 4:19-cv-02252-YGR<br><br>**MOTION TO DISQUALIFY COUNSEL**<br><br>**THE HONORABLE  YVONNE GONZALEZ ROGERS** |

　　　　Plaintiff hereby requests a 5 month stay on all deadlines including the deadline to appeal, (1) to take care of personal matters, and (2) to finish getting medically evaluated for cognitive impairment undoubtedly from a blood clot that caused a minor to moderate stroke from the prolonged improper overly forceful application of the carotid hold / Lateral Vascular Neck Restraint during the incident.

　　　　Respectfully Submitted,


Dated: 3/29/22　　　　　　　　　　　　　　By:　/s/Brian Best_____
　　　　　　　　　　　　　　　　　　　　　　　　　BRIAN BEST
　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF