| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 31 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

BRIAN BEST,

    Plaintiff-Appellant,

 v.

VIRGIL SMITH,

    Defendant-Appellee,

 and

SONOMA COUNTY SHERIFF DEPARTMENT; et al.,

    Defendants.

No. 22-16809

D.C. No. 4:19-cv-02252-YGR
Northern District of California, Oakland

ORDER

Before: NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

Appellant's motion for reconsideration (Docket Entry No. 16) is denied. *See* 9th Cir. R. 27-10.

No further filings will be entertained in this closed case.